

**FILED & ENTERED**

**FEB 08 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fisherl      **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>M Shah Dental Inc<br><br><br><br>                                              Debtor(s). | Case No.: 1:19-bk-12322-MT<br><br>CHAPTER 7<br><br>**ORDER TO SHOW CAUSE WHY TRUSTEE CANNOT FILE FINAL REPORT AND/OR ZERO BALANCE REPORT**<br><br>Date:         May 11, 2022<br>Time:        11:00 a.m.<br>Courtroom:  302 (via Zoomgov.com |

    As Judge Tighe will be retiring and taking recall status in June, it is necessary to determine which cases may need to be reassigned in 2023.  Therefore,

    **ON THE COURT'S OWN MOTION**, the Chapter 7 Trustee assigned to this case ("Trustee") is ordered to appear remotely at the above date and time, via Zoomgov.com, to explain why Trustee cannot file a final report by May 11, 2022.  The hearing shall take place using ZoomGov.com, a service that provides simultaneous audioconference and videoconference capabilities.  The service is free to participants.  Participants will be connected with the courtroom using these technologies but will not be physically present in the Courtroom. Participants may connect to the videoconference through an

Internet browser by entering the Videoconference URL shown below, as well as the meeting ID and password, when prompted.

> Videoconference URL:  https://cacb.zoomgov.com/j/1618710247
>
> Meeting ID:  161 871 0247
>
> Password:  986284

If a participant is unable to send and receive audio through his/her computer, the participant may appear at the hearing by telephone using the following telephone conference information:

> Telephone Conference No.: 1-669 254 5252 **OR** 1-646 828 7666
>
> Meeting ID:  161 871 0247
>
> Telephone Conference Password:  986284

**IT IS FURTHER ORDERED** that if Trustee's administration of the case cannot be concluded by May 11, 2022, Trustee is to file a status report on or before May 1, 2022 and appear at the hearing time listed above to answer any questions about the case. If the status report answers any questions the Court may have, the hearing will be vacated.

###

Date: February 8, 2022

Maureen A. Tighe
United States Bankruptcy Judge